1 | RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
2 | MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
3 | FENWICK & WEST LLP
Silicon Valley Center
4 | 801 California Street
Mountain View, CA  94041
5 | Telephone:  650.988.8500
Facsimile:  650.938.5200

6 | TYLER G. NEWBY (CSB No. 205790)
7 | tnewby@fenwick.com
555 California Street, 12th Floor
8 | San Francisco, CA 94104
Telephone: 415.875.2300
9 | Facsimile:  415.281.1350

10 | Attorneys for Defendant
Carrier IQ, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC STEINER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, a Delaware corporation,<br><br>Defendant. | Case No.: CV-11-05802<br><br>**STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS the above-referenced plaintiffs filed the above-captioned case;

WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap Act and other laws by the defendants in this case;

WHEREAS over 50 other complaints have been filed to-date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular telephone and other device users on whose devices software made by defendant Carrier IQ, Inc. is

1 or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

2 WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to
3 transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings
4 pursuant to 28 U.S.C. Sec. 1407, responses to the motion supporting coordination or
5 consolidation have been filed, and plaintiffs and defendants anticipate that additional responses
6 will be filed;

7 WHEREAS plaintiffs anticipate the possibility of one or more consolidated amended
8 complaints in the CIQ cases;

9 WHEREAS plaintiffs and defendant Carrier IQ have agreed that an orderly schedule for
10 any response to the pleadings in the CIQ cases would be more efficient for the parties and for the
11 Court;

12 WHEREAS plaintiffs agree that the deadline for defendant Carrier IQ to answer, move, or
13 otherwise respond to their complaint shall be extended until the earliest of the following dates: (1)
14 forty-five days after the filing of a consolidated amended complaint in the CIQ cases; or (2) forty-
15 five days after plaintiffs provide written notice to defendants that plaintiffs do not intend to file a
16 consolidated amended complaint; or (3) as otherwise ordered by this Court or the MDL transferee
17 court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date
18 in any of these cases, Carrier IQ will respond to the complaint in the above-captioned action on
19 that earlier date;

20 WHEREAS plaintiffs further agree that this extension is available, without further
21 stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of
22 their intention to join this Stipulation;

23 WHEREAS this Stipulation does not constitute a waiver by Carrier IQ of any defense,
24 including but not limited to the defenses of lack of personal jurisdiction, subject matter
25 jurisdiction, improper venue, sufficiency of process or service of process;

26 WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation does
27 not constitute a waiver of any defense, including but not limited to the defenses of lack of
28 personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP RE CONTINUANCE OF TIME FOR
DEF. TO RESPOND TO COMPLAINT
2
CV-11-05802

service of process; and

WHEREAS, plaintiffs and defendant Carrier IQ, as well as any defendant joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that that the delay brought about by this Stipulation should not result in the loss of any evidence,

Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced case and defendant Carrier IQ, by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for Carrier IQ to answer, move, or otherwise respond to plaintiffs' complaint shall be extended until the earliest of the following dates: forty-five days after the filing of a consolidated amended complaint in these cases; or forty-five days after plaintiffs provide written notice to defendant Carrier IQ that plaintiffs do not intend to file a Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date in any of these cases, except by court order, Carrier IQ will respond to the complaint in the above-captioned case on that earlier date.

2. This extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation;

3. This Stipulation does not constitute a waiver by Carrier IQ or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. As a condition of entry into this Stipulation, defendant Carrier IQ and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

STIP RE CONTINUANCE OF TIME FOR DEF. TO RESPOND TO COMPLAINT     3     CV-11-05802

1  IT IS SO STIPULATED.

2  DATED: December 20, 2011             KIESEL BOUCHER LARSON LLP

3                                       By /s/ Paul R. Kiesel
4                                          Paul R. Kiesel (119854)
                                           KIESEL BOUCHER LARSON LLP
5                                          8648 Wilshire Boulevard
                                           Beverly Hills, CA 90211
6                                          Ph: (310) 854-4444
                                           Fax: (310) 854-0812
7                                          kiesel@kbla.com

8                                          HORWITZ, HORWITZ & PARADIS
9                                          570 Seventh Avenue, 20th Floor
                                           New York, NY 10018
10                                         Ph: (212) 986-4500
                                           Fax: (212) 986-4501
11
                                           *Attorneys for Plaintiff*
12
                                           FENWICK & WEST LLP
13
14                                       By /s/ Tyler G. Newby
                                           TYLER G. NEWBY (CSB No. 205790)
15                                         555 California Street, 12th Floor
                                           San Francisco, CA 94104
16                                         Ph: (415) 875-2300
                                           Fax: (415) 281-1350
17                                         tnewby@fenwick.com

18                                         RODGER R. COLE (CSB No. 178865)
                                           MOLLY R. MELCHER (CSB No. 272950)
19                                         FENWICK & WEST LLP
                                           801 California Street
20                                         Mountain View, CA 94041
                                           Ph:   (650) 988-8500
21                                         Fax: (650) 938-5200
22                                         rcole@fenwick.com

23                                         *Attorneys for Defendant Carrier IQ, Inc.*

24

25

26

27

28

# [PROPOSED] ORDER

Pursuant to stipulation, it is SO ORDERED.

Dated: December 21, 2011

Honorable Edward J. Davila
United States District Judge

**CERTIFICATION**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT.** In compliance with General Order 45.X.B, I hereby attest that Paul R. Kiesel has concurred in this filing.

DATED: December 20, 2011          By /s/ Tyler G. Newby
                                    TYLER G. NEWBY (CSB No. 205790)
                                    FENWICK & WEST LLP
                                    555 California Street, 12th Floor
                                    San Francisco, CA 94104
                                    Ph: (415) 875-2300
                                    Fax: (415) 281-1350
                                    tnewby@fenwick.com

25143/00401/SF/5370821.1