1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:      650.988.8500
   Facsimile:       650.938.5200
6
   TYLER G. NEWBY (CSB No. 205790)
7  tnewby@fenwick.com
   JENNIFER J. JOHNSON (CSB No. 252897)
8  jjjohnson@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10  Telephone:      (415) 875-2300
   Facsimile:       (415) 281-1350
11
   Attorneys for DEFENDANT
12  CARRIER IQ, INC.

13

14                UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17

| | |
|---|---|
| 18  ERIC STEINER, individually and on behalf of all others similarly situated, | Case No.: 11-cv-05802-EJD |
| 19 | **[PROPOSED]** **ORDER GRANTING** |
| 20  Plaintiffs, | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT** |
| 21  v. | **CONFERENCE** |
| 22  CARRIER IQ, INC., a Delaware corporation, | |
| 23  Defendant. | The Case Management Conference scheduled for 3/16/2012 is CONTINUED to 5/11/2012.  The parties shall file a Joint CMC Statement on or before 5/4/2012. |

24

25        Pursuant to stipulation, it is SO ORDERED.

26           February 9, 2012
   Dated:_____

27                      Honorable Edward J. Davila
                      United States District Judge

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW